# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Saban Aerospace, Inc. | ) ASBCA Nos. 61835, 61836 |
| | ) |
| Under Contract Nos. SPE4A6-18-P-C289 | ) |
| SPE4A6-18-P-C317 | ) |

APPEARANCES FOR THE APPELLANT:     Dismas N. Locaria, Esq.
Emily A. Unnasch, Esq.
  Venable LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Edward R. Murray, Esq.
  Trial Attorney
  DLA Aviation
  Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled.

The appeals are dismissed with prejudice.

Dated: November 9, 2018

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61835, 61836, Appeals of Saban Aerospace, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals